# Exhibit A

*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*

BRIGGS NEW YORK
LOCKBOX#789282  PHILADELPHIA PA 19178-9282

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 684405 | 05/15/2019 | 05/24/2019 | $ 29,704.47 | 101065560-2019 | 03/01/2019 | $ 5,011.78 |
| 684405 | 05/15/2019 | 05/24/2019 | 29,704.47 | 101065589-2019 | 03/01/2019 | 1,487.31 |
| 684405 | 05/15/2019 | 05/24/2019 | 29,704.47 | 101065591-2019 | 03/01/2019 | 6,152.34 |
| 684405 | 05/15/2019 | 05/24/2019 | 29,704.47 | 101075618-2019 | 03/22/2019 | 9,040.64 |
| 684405 | 05/15/2019 | 05/24/2019 | 29,704.47 | 101075620-2019 | 03/22/2019 | 8,069.90 |
| 684405 | 05/15/2019 | 05/24/2019 | 29,704.47 | 948-71048-2019 | 05/09/2019 | - 57.50 |
| 685498 | 06/05/2019 | 06/13/2019 | 29,514.33 | 101088150-2019 | 04/12/2019 | 7,951.76 |
| 685498 | 06/05/2019 | 06/13/2019 | 29,514.33 | 101088151-2019 | 04/12/2019 | 2,368.31 |
| 685498 | 06/05/2019 | 06/13/2019 | 29,514.33 | 101088152-2019 | 04/12/2019 | 8,624.15 |
| 685498 | 06/05/2019 | 06/13/2019 | 29,514.33 | 101088153-2019 | 04/12/2019 | 2,569.00 |
| 685498 | 06/05/2019 | 06/13/2019 | 29,514.33 | 101088154-2019 | 04/12/2019 | 5,548.92 |
| 685498 | 06/05/2019 | 06/13/2019 | 29,514.33 | 101088155-2019 | 04/12/2019 | 2,466.19 |
| 685498 | 06/05/2019 | 06/13/2019 | 29,514.33 | 953-71048-2019 | 05/30/2019 | - 14.00 |
| 685100 | 05/29/2019 | 06/18/2019 | 91,529.82 | 101088143-2019 | 04/11/2019 | 10,351.74 |
| 685100 | 05/29/2019 | 06/18/2019 | 91,529.82 | 101088144-2019 | 04/11/2019 | 9,391.31 |
| 685100 | 05/29/2019 | 06/18/2019 | 91,529.82 | 101088145-2019 | 04/11/2019 | 25,748.06 |
| 685100 | 05/29/2019 | 06/18/2019 | 91,529.82 | 101088146-2019 | 04/11/2019 | 21,402.96 |
| 685100 | 05/29/2019 | 06/18/2019 | 91,529.82 | 101088147-2019 | 04/11/2019 | 6,728.41 |
| 685100 | 05/29/2019 | 06/18/2019 | 91,529.82 | 101088148-2019 | 04/11/2019 | 18,579.59 |
| 685100 | 05/29/2019 | 06/18/2019 | 91,529.82 | 12534-2019 | 05/01/2019 | - 545.00 |
| 685100 | 05/29/2019 | 06/18/2019 | 91,529.82 | 12540-2019 | 05/01/2019 | - 127.25 |
| TOTAL | | | $ 150,748.62 | 17 | | |